| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------X<br>**MARK VERRELLI**,<br>                        Plaintiff,<br><br>        -against-<br><br><br>LONG ISLAND RAIL ROAD COMPANY,<br>                        Defendants.<br>-------------------------------------------------------------------X | CV 11 1597<br><br>**J WEXLER**<br>**MJ LINDSAY**<br><br>STIPULATION<br>OF DISCONTINUANCE |

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties to this action, that no party hereto is an infant or incompetent person for whom a committee has been appointed, that the above entitled action be, and the same is hereby discontinued with prejudice, without costs, disbursements and attorneys' fees to any party as against the other, subject to the performance of the settlement agreement, for which the Court shall retain and have jurisdiction.

An order to effectuate the foregoing may be entered without further notice.

Dated: June 5, 2012

_____
BY: THOMAS L. CHIOFOLO, ESQ
for RICHARD GANS, ESQ
Attorney of Record for Defendant
Long Island Rail Road
Law Department 4th Floor
Jamaica Station
Jamaica, NY 11435
718-558-8235

Dated: June 5, 2012

_____
By: VALERIE J. LAURIELLO, ESQ (VL6192)
MICHAEL D. FLYNN, ESQ
Attorney for Plaintiff
Office & PO Address
5 Penn Plaza – 23rd Floor
New York, NY 10001
212-896-3812

Dated: June      , 2012
Central Islip, NY

SO ORDERED